Argued and submitted March 31, affirmed August 18, reconsideration denied October 27, petition for review denied December 21, 1993 (318 Or 246)

STATE OF OREGON,
*Respondent,*

*v.*

MARK ANTHONY DOWN,
*Appellant.*

(91C-20972; CA A73663)

856 P2d 645

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Amy E. Alpaugh, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Rossman and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of three counts of robbery in the first degree, ORS 164.415, after he entered into a plea agreement. Defendant appeals, arguing that the court erred in calculating his criminal history. Under ORS 138.222(2)(d), we may not review his claim of error. *See State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).

Affirmed.